RECEIVED
APR 12 2023
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| VERSUS | * 3:23-cr-00087 |
| | * Judge Joseph |
| BLAIR GUILLORY (01) and | * Magistrate Judge McClusky |
| BRIAN MILLER (02) | * |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Conspiracy to Possess with
Intent to Distribute Controlled Substances
21 U.S.C. § 846

A. At All Times Material Herein:

1. The defendant, **Blair Guillory**, was a pharmacy student at a university located in Monroe, Louisiana.

2. The defendant, **Brian Miller**, was a licensed pharmacist who worked in pharmacies in Monroe and Ruston, Louisiana.

3. "Adderall" is the brand name of a Schedule II controlled substance containing dextroamphetamine and other amphetamine salts.

4. "Vyvanse" is the brand name of a Schedule II controlled substance containing lisdexamfetamine a prodrug of amphetamine.

5. Adderall and Vyvanse are central nervous system stimulants that are highly addictive and misused.

B.   The Conspiracy:

Beginning on or about a date no later than June 11, 2022, and continuing until on or about December 16, 2022, in the Western District of Louisiana, the defendants, **Blair Guillory** and **Brian Miller**, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: distribution of Adderall and Vyvanse, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

C.   Object of the Conspiracy:

The primary object of the conspiracy was to unlawfully obtain and distribute Schedule II controlled substances for profit.

D.   Manner and Means of Accomplishing the Object of the Conspiracy:

1.   As part of his education and training the defendant, **Blair Guillory**, worked at Monroe area pharmacies including the one where the defendant, **Brian Miller**, worked. **Blair Guillory** and **Brian Miller** met at this pharmacy.

2.   The defendant, **Brian Miller**, would see a medical provider to obtain prescriptions for Adderall and Vyvanse and would sell all or a portion of the drugs to the defendant, **Blair Guillory**, knowing that **Guillory** was going to sell the drugs to end users.

3.   The defendant, **Blair Guillory**, would see a medical provider to obtain prescriptions for Adderall and would sell all or a portion of the drugs to end users and others.

4. In addition to obtaining prescription drugs from **Brian Miller**, the defendant, **Blair Guillory**, would obtain prescription drugs from others.

5. The defendant, **Blair Guillory**, would sell the drugs that he obtained to others including students at a university located in Monroe, Louisiana.

6. The defendant, **Blair Guillory**, would tell his customers that he was a pharmacist or pharmacy school student to vouch for the quality of the drugs he sold.

7. The defendant, **Blair Guillory**, would use Venmo and other mobile payment services to purchase and sell Schedule II controlled substances.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

## COUNTS 2 – 6
Obtaining Controlled Substances by Fraud
21 U.S.C. § 843(a)(3)

A. The allegations of Count 1 are re-alleged and incorporated by reference as though set forth in full in Counts 2 through 6 as the scheme to defraud.

B. On or about the dates set forth below, in the Western District of Louisiana, the defendant, **Brian Miller**, knowingly and intentionally obtained the following Schedule II controlled substances by fraud and deception:

| Count | Date Prescription Filled | Controlled Substance | Dosage Units |
|---|---|---|---|
| 2 | 07/11/2022 | Vyvanse 60 mg | 30 |
| 3 | 08/10/2022 | Vyvanse 60 mg | 30 |
| 4 | 08/11/2022 | Adderall 20 mg | 30 |
| 5 | 11/14/2022 | Adderall 20 mg | 60 |

| Count | Date Prescription Filled | Controlled Substance | Dosage Units |
|---|---|---|---|
| 6 | 12/12/2022 | Adderall 20 mg | 60 |

All in violation of Title 21, United States Code, Section 843(a)(3).

### COUNTS 7-10
Distribution of a Controlled Substance
21 U.S.C. § 841(a)(1)

A. The allegations contained in Counts 1 through 6 are re-alleged and incorporated by reference as though set forth in full in these counts.

B. On or the dates set forth below, in the Western District of Louisiana, the defendant, **Brian Miller**, knowingly and intentionally distributed the following Schedule II controlled substances:

| Count | Date | Controlled Substance Distributed |
|---|---|---|
| 7 | 07/13/2022 | Vyvanse |
| 8 | 08/15/2022 | Vyvanse |
| 9 | 08/15/2022 | Adderall |
| 10 | 11/15/2022 | Adderall |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS 11-16
Distribution of a Controlled Substance
21 U.S.C. § 841(a)(1)

A.  The allegations contained in Counts 1 through 6 are re-alleged and incorporated by reference as though set forth in full in these counts.

B.  On or the dates set forth below, in the Western District of Louisiana, the defendant, **Blair Guillory**, knowingly and intentionally distributed the following Schedule II controlled substances:

| Count | Date | Controlled Substance Distributed |
|---|---|---|
| 11 | 05/06/2022 | Adderall |
| 12 | 07/20/2022 | Vyvanse |
| 13 | 08/04/2022 | Vyvanse |
| 14 | 08/22/2022 | Vyvanse |
| 15 | 12/10/2022 | Adderall |
| 16 | 12/16/2022 | Adderall |

All in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

*REDACTED*

GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

*[signature]*

ALEXANDER C. VAN HOOK (#25281)
Assistant United States Attorney
300 Fannin Street, Suite 3021
Shreveport, Louisiana 71101
(318) 676-3600